Louis Gold v. Jacob H. Bosky and Others, Impleaded with Pocket Brassiere Co., Inc.— Motion for leave to appeal to the Court of Appeals granted; questions certified. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [See *ante*, p. 730.]

Joseph A. Broderick, as Superintendent of Banks of the State of New York, v. Normandie National Securities Corporation, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Finch, P. J., Martin, O'Malley and Townley, JJ. [See 240 App. Div. 409.]

Joe Kessler v. Ben Fligel.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ. [See 240 App. Div. 232.]

In the Matter of David J. Hyman, an Attorney.— Reference ordered. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Mary Dana, Respondent, v. The Commercial Travelers Mutual Accident Association of America, Appellant.— Order reversed, with twenty dollars costs and disbursements to the appellant, and the motion granted to the extent of allowing a commission to issue upon written interrogatories on the following matters: 1. That Dr. Crandell was a physician and treated the deceased as a patient, giving the dates and places of treatment. 2. The duration of the treatments. 3. Whether or not at such times Dana was sick and whether or not he was confined to his bed, with the date and duration of each such confinement. 4. The fact of his examination of Dana at or about the time of his death. 5. The fact that following examination of Dana the witness executed and caused to be filed as a public record a certificate in which no external or accidental injury was assigned as either direct or contributing cause of death, and a copy of same. If the answers elicit anything prohibited by statute or the decisions, an objection may be made thereto on the trial of the action. (*Irving* v. *Royal Exchange Assurance of London*, 122 App. Div. 56.) Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Isidore Rubin, Respondent, v. Houbigant, Inc., and Another, Appellants.— Order reversed and motion granted, with leave to the plaintiff to serve a second amended complaint within twenty days from service of a copy of this order, with notice of entry thereof, upon condition that plaintiff pay to the defendants thirty dollars and five cents disbursements and ten dollars which was paid by the defendants to the plaintiff as costs upon a motion made by the defendants for a stay pending appeal. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of the Association of the Bar of the City of New York for Removal from Office of Harold L. Kunstler, Justice of the Municipal Court of the City of New York.— Reference ordered. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Elizabeth Wildermann, Appellant, v. Samuel R. Wachtell, Respondent, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [149 Misc. 623.]